461 P.2d 304

Harold MEMMOTT, Plaintiff
and Respondent.

v.

UNITED STATES FUEL COMPANY, a cor-
poration, Defendant and Appellant.

No. 11392.

Supreme Court of Utah.

Nov. 19, 1969.

Paul B. Cannon, of Cannon, Greene, Nebeker & Horsley, Salt Lake City, for defendant and appellant.

Therald N. Jensen, Price, for plaintiff and respondent.

ON REHEARING

ELLETT, Justice:

This matter having been argued and submitted on rehearing, and the court being fully advised in the matter, hereby reaffirms its original opinion as reported in 22 Utah 2d 356, 453 P.2d 155. The defendant is awarded its costs incurred in connection with this rehearing.

CALLISTER and HENRIOD, JJ., concur.

TUCKETT, J., and CROCKETT, C. J., adhere to the views expressed in their previous dissents.